412 A.2d 1105

COMMONWEALTH of Pennsylvania

v.

George FITZSIMMONS, Appellant.

Supreme Court of Pennsylvania.

Argued March 4, 1980.

Decided April 10, 1980.

Kenneth J. Fishman, Boston, Mass., Daniel J. Ackerman, Philadelphia, F. Lee Bailey, Boston, Mass., for appellant.

Thur W. Young, Dist. Atty., James J. Conte, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM: .

Judgments of sentence affirmed.